# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**SUZANNE CAMERON, et al.,**

    Plaintiffs,

v.

**JOSHUA J. FRANZEL, et al.,**

    Defendants.

Civil Action No. 7:21-CV-113 (HL)

# ORDER

It appearing to the Court that the parties and Travelers Property Casualty Insurance Company, the alleged uninsured or underinsured motorist insurance carrier, have entered into a Consent Motion and agreement for the dismissal of Travelers Property Casualty Insurance Company from this action upon certain specified terms and conditions as set forth in the written Consent Motion to Dismiss Travelers Property Casualty Insurance Company Without Prejudice, which is on file in this action; and, the Court having duly considered said Consent Motion and Agreement;

IT IS HEREBY ORDERED AND ADJUDGED that said Consent Motion to Dismiss Travelers Property Casualty Insurance Company Without Prejudice from this action is hereby granted, and Travelers Property Casualty Insurance Company is hereby dismissed from this action without prejudice subject to the terms and

conditions set forth in the written Consent Motion and Agreement between the parties and Travelers Property Casualty Insurance Company, which are incorporated herein by reference.

**SO ORDERED**, this 24th day of May, 2022.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**